UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHANIE R. SKELTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:10-cv-244- SEB-TAB |
| vs. ) | |
| ) | |
| BOSTON SCIENTIFIC CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

The parties have filed nothing in response to the Court's Order dated January 6, 2011. This cause is, therefore, DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Date: 03/11/2011

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Byron Joseph Davis
Attorney at Law
bjosephdavis@comcast.net

Linda L. Vitone
KATZ & KORIN P.C.
lvitone@katzkorin.com

Sally F. Zweig
KATZ & KORIN P.C.
szweig@katzkorin.com